IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CLAY COCKERELL and<br>COCKERELL DERMATOPATHOLOGY, P.A., | §<br>§<br>§<br>§ | |
| Plaintiffs, | §<br>§ | CIVIL ACTION NO. 3:17-CV-1840-B |
| v. | §<br>§ | |
| CBS NEWS INC; JIM AXELROD; and EMILY RAND, | §<br>§<br>§ | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

By agreement of the parties, Plaintiffs request to dismiss their claims and causes of action against Defendants with prejudice. It is, therefore,

ORDERED that Plaintiffs' claims and causes of action are hereby dismissed with prejudice against the Defendants, with all parties bearing their own costs, expenses, and attorneys' fees.

Aug. 18, 2017

_____
UNITED STATES DISTRICT JUDGE